MR. JUSTICE SHEEHY
specially concurring:
I concur, but only because of the inescapable language of the United States Supreme Court in Transamerican Freight Lines Inc. v. Brada Miller Freight Systems (1975), 423 U.S. 28, 96, S.Ct. 229, 46 L.Ed.2d 169. That case holds that leases of trucking equipment such as here which give the lessor (owner) of the truck “operational control and responsibility” are not in violation of the ICC regulations. When that court shoots holes of that size in the regulatory *163 fabric, it will not hold against the wind for any decision we might render to enforce the regulations realistically. Otherwise we could apply the principal that when parties in pari delicto to an unlawful contract seek to enforce its terms, the law leaves them where it finds them. See for example, May v. Whitbeck (1941), 111 Mont. 568, 113, P.2d 332.